

**FILED**
**JAN 2 3 2017**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# AFFIDAVIT IN SUPPORT OF A
# CRIMINAL COMPLAINT

This affidavit is submitted by the affiant, Detective Andrew Watson, in support of criminal complaint relating to:

**GEORGE HERDEG**

I respectfully submit that there is probable cause to believe that the above identified individual has committed the following criminal offense in violation of United States law:

1. Aiming a Laser Pointer at an Aircraft, in violation of 18 U.S.C. § 39A

## AFFIANT'S BACKGROUND

1. I have been employed with the United States Park Police, as a sworn law enforcement officer since 2003. I have been assigned as a Detective since 2013 working criminal investigations in the Washington, D.C. area.

2. As a Detective, I have participated in numerous investigations involving violations of U.S. criminal laws.

3. The statements contained in this affidavit are based on my own knowledge, as well as interviews of witnesses, document reviews and reliable information provided to me by other federal and state law enforcement officials. Because this affidavit is submitted for the purpose of seeking the issuance of a criminal complaint, it does not include every fact known to me concerning the investigation.

## FACTS SUPPORTING PROBABLE CAUSE

4. In the afternoon hours of Friday, January 20, 2017, members of the U.S. Park Police were providing air support to the 2017 Presidential Inauguration as well as providing crowd monitoring surveillance using Eagle 3, a U.S. Park Service helicopter.

5. At approximately 3:35 pm, while Eagle 3 was in flight in the vicinity of Franklin Park in Northwest, Washington, D.C., helicopter personnel noticed a transient green flash, which the personnel understood as a laser pointer being pointed at the aircraft. The transient green flash was observed by the personnel three times within a few seconds. The helicopter, which was orbiting the area of Franklin park while the flashes were observed, made another orbit a few moments later, at which time the helicopter personnel noticed two more identical transient green flashes.

6. A short time later, law enforcement units on the ground received radio transmissions regarding the incident, and canvassed the general vicinity on the ground near where the incident occurred. At least one officer observed a green laser beam coming from the direction of a group of approximately 6 men. The laser beam was pointed in the direction

1

Case No. 1:17-mj-30
Assigned To: Magistrate Judge Deborah A. Robinson
Date Assigned: 1/23/2017
Description: Criminal Complaint

of a helicopter which was flying overhead at the time, for a period of two to three seconds.

7. The observing officer and another officer, who were in plain clothes, followed the group of men, and observed the suspect, a person later identified as George Herdeg, point the green laser beam at a police cruiser, and also transfer the green laser pointer from his left to his right hand, and saw the laser beam illuminate the suspect's hand.

8. The officers approached the suspect, who initially denied being in possession of a laser pointer. A laser pointer which produces a green laser beam was thereafter recovered from the suspect's right coat sleeve area. Officers tested the laser pointer and found it to be operable. The suspect was placed under arrest and transported to a processing facility.

9. After the suspect was advised of his rights and executed a voluntary waiver of those rights, officers showed the suspect the laser pointer, who admitted ownership of the laser pointer, and admitted to using it earlier in the evening. The suspect denied intentionally pointing the laser pointer at a helicopter.

10. Title 18, United States Code, Sections 39A makes it unlawful for a person to knowingly aim the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States.

11. Pursuant to 49 United States Code § 46501(2)(C), the special aircraft jurisdiction of the United States includes any aircraft in flight in the United States.

## CONCLUSION

Based on the facts set forth herein, and on my experience and training in investigating cases involving violations of federal law, and on the information provided by other experienced agents with whom I have consulted, I submit that there is probable cause to believe that GEORGE HERDEG committed a violation of Title 18 United States Code § 39A, by Aiming a Laser Pointer at an Aircraft

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

ANDREW WATSON
DETECTIVE,
UNITED STATES PARK POLICE

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE