UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GEORGE HERDEG )<br>) | Case No. 1:17-MJ-00030 DAR |

SECOND CONSENT MOTION TO CONTINUE PRELIMINARY HEARING
FOR GOOD CAUSE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

1.  The United States of America, moving by and through its undersigned counsel, respectfully submits this consent motion to reschedule the preliminary hearing in this matter, which is currently scheduled for February 28, 2017. The parties request that the Court set a continued preliminary hearing for March 15, 2017, if that date is convenient for the Court. As grounds for this motion, the United States relies on the following points and authorities and such other points and authorities as may be cited at a hearing on the motion.

2.  The defendant was arrested on January 20, 2017, and he was charged by the U.S. Park Police with, *inter alia*, aiming a laser pointer at an aircraft, in violation of 18 U.S.C. § 39A. On Saturday, January 21, 2017, the United States sought and obtained a criminal complaint in this Court, charging him with one count of violation of § 39A.[1] The defendant appeared before The Honorable Deborah A. Robinson on January 23, 2017, who set conditions of release and set the defendant's preliminary hearing for February 8, 2017, 1:45 p.m., before this Court. The

---

[1] Because the complaint was signed on a Saturday, it was signed by an associate judge of the Superior Court for the District of Columbia.

defendant, who was represented at that hearing by Assistant Federal Defender Tony Miles, Esq., expressed a desire to retain counsel.

3.      On January 26, 2017, Abbe Lowell, Esq., contacted the United States to announce his representation of the defendant and to discuss the matter. Undersigned counsel and Mr. Lowell have discussed a possible pre-trial and pre-hearing resolution to this matter, and each party is confident that it can reach a mutually agreeable resolution. However, the parties need more time to reach that resolution.

4.      On February 3, 2017, the government filed a Consent Motion to Continue Preliminary Hearing For Good Cause and to Exclude Time Under Speedy Trial Act to facilitate the negotiation of that resolution. The Court granted that motion the same day.

5.      Over the past two weeks, the parties have made progress towards a resolution of the matter, but more documents need to be gathered before any agreement is finalized. While the parties are still confident that a resolution will be reached, we do not expect being prepared to enter that resolution by February 28, 2017.

6.      The government thus, with the defendant's consent, seeks to continue the preliminary hearing in this matter and to exclude any resulting delay under the Speedy Trial Act. The government moreover requests that the Court find that the parties have demonstrated good cause for extending the time in which a preliminary hearing must be held. See Fed. R. Crim. P. 5.1(c), (d).

7.      Under the Speedy Trial Act, a trial court may exclude time "resulting from a continuance granted … [for] the ends of justice." 18 U.S.C. § 3161(h)(7)(A); United States v. Hemphill, 514 F.3d 1350, 1356 (D.C. Cir. 2008). The parties submit that their good faith efforts to resolve this matter short of trial more than satisfy the "ends of justice" required under the statute.

8. Undersigned counsel has conferred with Mr. Lowell via email, and Mr. Lowell has represented that the defendant consents to an additional continuance of the preliminary hearing outside of the 21-day window required by Fed. R. Crim. P. 5.1(c) and the 20-day window required by 18 U.S.C. § 3060(b)(2), as well as to exclusion of the relevant time period under the Speedy Trial Act. Accordingly, the United States requests that the Court exclude the time period from February 28, 2017, until March 15, 2017 (or until the date set for the continued hearing if March 15 is not convenient for the Court) from any Speedy Trial Act calculations.

Respectfully submitted,

Channing D. Phillips
UNITED STATES ATTORNEY
D.C. Bar Number 415793

_____/s/_____
Erik M. Kenerson
Assistant United States Attorney
Ohio Bar # 82960
555 Fourth Street N.W.
Washington, D.C. 20530

Certificate of Service

I hereby certify that on this the 17th day of February, 2017, I true and correct copy of the foregoing instrument was filed with the Clerk of Court via the Court's Electronic Case Filing system. A copy of this motion and proposed order will be sent to Abbe Lowell, Esq., attorney for the defendant, at ADLowell@chadbourne.com.

_____/s/_____
Erik M. Kenerson
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Case No. 1:17-MJ-00030 DAR |
| v. | ) ) |  |
| GEORGE HERDEG | ) ) |  |

ORDER

This matter is before the Court on the government's Second Consent Motion to Continue Preliminary Hearing and to Exclude Time Under the Speedy Trial Act. The Court, having considered the Motion and being otherwise sufficiently advised, is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED**, that the February 28, 2017, hearing before this Court is hereby **VACATED**;

**IT IS FURTHER ORDERED**, that the parties' request to exclude time under the Speedy Trial Act is based on good cause and satisfies the ends of justice;

**IT IS FURTHER ORDERED**, that the period between February 28, 2017 and February March 15, 2017, or 15 days, in addition to the 21 days previously excluded, be excluded under the Speedy Trial Act;

**IT IS FURTHER ORDERED**, that the preliminary hearing shall be held on March 15, 2017, at 1:45 p.m.; and

2

**IT IS FURTHER ORDERED**, that the parties' request to extend the time in which a preliminary hearing must be held is based on good cause, taking into account the public interest in the prompt disposition of criminal cases.

SIGNED and ENTERED this _____ day of February, 2017.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE