UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GEORGE HERDEG )<br>) | Case No. 1:17-MJ-00030 DAR |

DISMISSAL PRAECIPE

On this the 11th day of September, 2017, in accordance with the Deferred Prosecution Agreement entered into by the defendant and the United States on March 15, 2017, the Clerk of the United States District Court for the District of Columbia will enter a dismissal in the above captioned case, with prejudice, and will order the release or discharge of the above-captioned defendant upon this request by the United States Attorney in and for the District of Columbia.

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar Number 415793
UNITED STATES ATTORNEY

By:   ___/s/_____
Erik Kenerson
Ohio Bar No. 82960
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov